UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD,<br><br>                Plaintiff,<br>    v.<br><br>ALL CITY BAIL BONDS et al.,<br><br>                Defendants. | CASE NO. 3:24-cv-05802-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court sua sponte. On November 13, 2024, the Court dismissed pro se Plaintiff Tony Lamar Card's complaint without prejudice and granted him leave to file an amended complaint by December 13, 2024. Dkt. No. 10 at 6. The Court cautioned Mr. Card that if he did not file a timely amended complaint, the Court would dismiss the case. *Id.*

Because Mr. Card has not filed an amended complaint or any request for extension, the Court now DISMISSES this case without prejudice.

//

//

//

ORDER OF DISMISSAL - 1

The Clerk is directed to close this case and send uncertified copies of this Order to Mr. Card at his last known address.

Dated this 18th day of December, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2